Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Brooke Dobbins
Assistant Federal Public Defender
California Bar No. 319741
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Brooke_Dobbins@fd.org


*Attorney for Petitioner Feliciano Ramos Rosales


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Feliciano Ramos Rosales,<br><br>                Petitioner<br><br>        v.<br><br>Todd Blanche, *et al.*,<br><br>                Respondents | Case No 2:26-cv-01329-CDS-EJY<br><br>**Order Approving Joint Stipulation for Extension of Time to File Response to Motion to Dismiss**<br><br>[ECF No. 12] |

Petitioner, Feliciano Ramos Rosales, and Federal Respondents,[1] through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file a reply to Federal Petitioner's responsive pleadings. The reply is presently due on June 23, 2026.

On June 23, 2026, Petitioner's counsel conferred with Federal Respondents regarding an extension of time to file a reply. Counsel for Federal Respondents have

---

[1] Counsel for Nevada Southern Detention Center (NSDC) Warden John Mattos have not entered a notice of appearance in this action and Petitioner is not in the custody of NSDC. Accordingly, undersigned counsel did not consult counsel for Mattos regarding the instant stipulation.

no objection to a three-day extension of time, extending the deadline to June 26, 2026. This is the first request for an extension. A brief extension is necessary to obtain a transcript of the May 7, 2026 immigration court hearing. A request has been submitted to Green Linguistics but has not yet been fulfilled.

The parties respectfully request that the Court approve this stipulation and extend the deadline for filing a reply to the Federal Respondents' responsive pleading from June 23, 2026, to June 26, 2026. This request is made in good faith and not for the purpose of delay.

Dated June 25, 2026.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General of the
United States
SIGAL CHATTAH
First Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

/s/ *Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

*/s/ Brooke Dobbins*
Brooke Dobbins
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 25, 2026

2