TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Feliciano Ramos Rosales, | Case No. 2:26-cv-01329-CDS-EJY |
| Petitioner | **Unopposed Motion for Extension of Time for Federal Respondents to File a Reply to Petitioner's Response to Federal Respondents' Motion to Dismiss** |
| v. | |
| Todd Blanche, *et al.*, | |
| Respondents | **(First Request)** |
| | [ECF No. 16] |

Federal Respondents, through undersigned counsel, move this Court for a nine-day extension, from July 1, 2026, to and including July 10, 2026, to file a Reply to Petitioner's Response to Federal Respondents' Motion to Dismiss, ECF No. 14. Undersigned counsel needs this extension to complete his research and prepare the Reply. Petitioner's counsel does not oppose this extension. Petitioner's counsel indicated she would oppose any additional requests for extension.

This is Federal Respondents' first request for an extension of time in this matter. This request is made in good faith and not for purposes of undue delay.

///

///

///

///

///

WHEREFORE, Federal Respondents respectfully request that the Court grant this Unopposed Motion for Extension of Time and extend the deadline for Federal Respondents to file a Reply to Petitioner's Response to Federal Respondents' Motion to Dismiss, ECF No. 14, through and including July 10, 2026.

Respectfully submitted this 1st day of July 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney
*Attorneys for the Federal Respondents*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  July 2, 2026

2