UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Feliciano Ramos Rosales, | Case No. 2:26-cv-01329-CDS-EJY |
| Petitioner | **Order Granting in Part Respondents' Motion to Extend Time** |
| v. | |
| Todd Blanche, et al., | [ECF No. 18] |
| Respondents | |

Counsel for the respondents seeks an additional seven days to file a reply in support of their motion to dismiss. Mot., ECF No. 18. Counsel represents that they are "waiting on information from Customs and Border Patrol" to prepare a meaningful reply. *Id.* Ramos Rosales's counsel opposes, arguing that the respondents have not shown diligence and, due to the petitioner's unlawful deportation, extending the deadline prolongs irreparable harm. Opp'n, ECF No. 19.

This is the respondents' second request for an extension of time, as the court previously granted a nine-day extension. *See* ECF No. 17. Although good cause is not evident here, in light of the nature of the proceedings, the motion **[ECF No. 18] is granted in part**. The respondents' deadline is extended to July 16, 2026.

Dated: July 14, 2026

_____
Cristina D. Silva
United States District Judge